COX,TERMED

# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:16–cv–08279

Toure et al v. Navient Solutions, Inc.  
Assigned to: Honorable John Z. Lee  
Cause: 28:1331 Federal Question

Date Filed: 08/23/2016  
Date Terminated: 01/09/2017  
Jury Demand: Both  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Shelly Toure**  
*on behalf of themselves and others similarly situated*

represented by **Aaron David Radbil**  
Greenwald Davidson Radbil PLLC  
106 East Sixth Street, Suite 913  
Austin, tx 78701  
561–826–5477  
Email: aradbil@gdrlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Adam Theodore Hill**  
Krohn & Moss, Ltd.  
10 N. Dearborn Street, 3rd Floor  
Chicago, IL 60602  
312–578–9428  
Email: ahill@consumerlawcenter.com  
*ATTORNEY TO BE NOTICED*

**Gregory Howard Moss**  
Krohn & Moss, Ltd.  
10 N. Dearborn St.  
3rd Floor  
Chicago, IL 60602  
(312) 578–9428  
Email: gmoss@consumerlawcenter.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tony Heard**  
*on behalf of themselves and others similarly situated*

represented by **Aaron David Radbil**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Adam Theodore Hill**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Gregory Howard Moss**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Navient Solutions, Inc.** | represented by | **Lisa Marie Simonetti** |
| | | Vedder Price LLP |
| | | 1925 Century Park East |
| | | Suite 1900 |
| | | Los Angeles, CA 90067 |
| | | (424) 204 7700 |
| | | Fax: (424) 204 7702 |
| | | Email: lsimonetti@vedderprice.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Andrew Michael Barrios** |
| | | Vedder Price, Pc. |
| | | 222 N. Lasalle Street |
| | | Suite 2600 |
| | | Chicago, IL 60601 |
| | | (312) 609–7500 |
| | | Email: abarrios@vedderprice.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Bryan K. Clark** |
| | | Vedder Price |
| | | 222 North LaSalle Street |
| | | Chicago, IL 60601 |
| | | (312) 609–7810 |
| | | Email: bclark@vedderprice.com |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/2016 | Ï 1 | COMPLAINT filed by Shelly Toure, Tony Heard; Jury Demand. Filing fee $ 400, receipt number 0752–12281579.(Radbil, Aaron) (Entered: 08/23/2016) |
| 08/23/2016 | Ï 2 | CIVIL Cover Sheet (Radbil, Aaron) (Entered: 08/23/2016) |
| 08/23/2016 | Ï | CASE ASSIGNED to the Honorable John Z. Lee. Designated as Magistrate Judge the Honorable Susan E. Cox. (lcw, ) (Entered: 08/23/2016) |
| 08/23/2016 | Ï | SUMMONS Issued as to Defendant Navient Solutions, Inc. (pg, ) (Entered: 08/23/2016) |
| 08/26/2016 | Ï 3 | SUMMONS Returned Executed by Shelly Toure, Tony Heard as to Navient Solutions, Inc. on 8/24/2016, answer due 9/14/2016. (Radbil, Aaron) (Entered: 08/26/2016) |
| 08/29/2016 | Ï 4 | MINUTE entry before the Honorable John Z. Lee: Initial status hearing set for 9/29/16 at 9:00 a.m. The parties are directed to file an initial status report as set forth in the Judge's standing order four business days prior to the status hearing.Mailed notice (ca, ) (Entered: 08/29/2016) |
| 09/01/2016 | Ï 5 | ATTORNEY Appearance for Plaintiffs Tony Heard, Shelly Toure by Adam Theodore Hill (Hill, Adam) (Entered: 09/01/2016) |
| 09/06/2016 | Ï 6 | |

| | | ATTORNEY Appearance for Plaintiffs Tony Heard, Shelly Toure by Aaron David Radbil (Radbil, Aaron) (Entered: 09/06/2016) |
|---|---|---|
| 09/19/2016 | Ï 7 | ATTORNEY Appearance for Defendant Navient Solutions, Inc. by Lisa Marie Simonetti (Simonetti, Lisa) (Entered: 09/19/2016) |
| 09/19/2016 | Ï 8 | MOTION by Defendant Navient Solutions, Inc. for extension of time to file answer regarding complaint 1 (Simonetti, Lisa) (Entered: 09/19/2016) |
| 09/19/2016 | Ï 9 | NOTICE of Motion by Lisa Marie Simonetti for presentment of motion for extension of time to file answer, motion for relief 8 before Honorable John Z. Lee on 9/27/2016 at 09:00 AM. (Simonetti, Lisa) (Entered: 09/19/2016) |
| 09/20/2016 | ï 10 | MINUTE entry before the Honorable John Z. Lee:Agreed motion for extension of time to respond to plaintiff's complaint 8 is granted. Defendant's answer or responsive pleading is due by 10/14/16. The initial status hearing set for 9/29/16 is reset to 10/26/16 at 9:15 a.m.The parties are directed to file an initial status report as set forth in the Judge's standing order four business days prior to the status hearing. No appearance is required on the motion.Mailed notice (ca, ) (Entered: 09/20/2016) |
| 10/12/2016 | ï 11 | MOTION by Defendant Navient Solutions, Inc. to continue *initial status hearing or in the alternative, to appear telephonically at the status hearing (Joint)* (Simonetti, Lisa) (Entered: 10/12/2016) |
| 10/12/2016 | ï 12 | NOTICE of Motion by Lisa Marie Simonetti for presentment of motion to continue 11 before Honorable John Z. Lee on 10/18/2016 at 09:00 AM. (Simonetti, Lisa) (Entered: 10/12/2016) |
| 10/12/2016 | Ï | MOTION by Plaintiffs Tony Heard, Shelly Toure, Defendant Navient Solutions, Inc. to appear telephonically at the initial status hearing. (Omitted relief from Motion 11 ) (mr, ) (Entered: 10/13/2016) |
| 10/13/2016 | ï 13 | MINUTE entry before the Honorable John Z. Lee:Joint motion to continue initial status hearing or in the alternative to appear telephonically at the initial status hearing 11 is granted. The status hearing set for 10/26/16 is reset to 11/3/16 at 9:00 a.m. Defense counsel is directed to obtain local counsel. No appearance is required on the motion.Mailed notice (ca, ) (Entered: 10/13/2016) |
| 10/13/2016 | ï 14 | ATTORNEY Appearance for Defendant Navient Solutions, Inc. by Bryan K. Clark (Clark, Bryan) (Entered: 10/13/2016) |
| 10/14/2016 | ï 15 | ATTORNEY Appearance for Defendant Navient Solutions, Inc. by Andrew Michael Barrios (Barrios, Andrew) (Entered: 10/14/2016) |
| 10/14/2016 | ï 16 | ANSWER to Complaint with Jury Demand by Navient Solutions, Inc.(Simonetti, Lisa) (Entered: 10/14/2016) |
| 10/14/2016 | ï 17 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Navient Solutions, Inc. (Simonetti, Lisa) (Entered: 10/14/2016) |
| 10/25/2016 | ï 18 | MOTION by Defendant Navient Solutions, Inc.To Appear Telephonically At The Initial Status Hearing (JOINT) (Simonetti, Lisa) (Entered: 10/25/2016) |
| 10/25/2016 | ï 19 | NOTICE of Motion by Lisa Marie Simonetti for presentment of motion for miscellaneous relief 18 before Honorable John Z. Lee on 11/1/2016 at 09:00 AM. (Simonetti, Lisa) (Entered: 10/25/2016) |
| 10/26/2016 | ï 20 | MINUTE entry before the Honorable John Z. Lee:Joint motion to appear telephonically at the initial status hearing 18 is granted. Counsel should contact the courtroom deputy the day before the hearing with a call in number. No appearance is required on the motion.Mailed notice (ca, ) (Entered: 10/26/2016) |

| 10/28/2016 | 21 | STATUS Report by Navient Solutions, Inc. (Simonetti, Lisa) (Entered: 10/28/2016) |
|---|---|---|
| 11/03/2016 | 22 | MINUTE entry before the Honorable John Z. Lee: Status hearing held on 11/3/16. The parties are to exchange Rule 26(a)(1) disclosures by 11/28/16; initial written discovery requests are to be served by 12/12/16. The deadline to amend the pleading and join parties is 2/27/17. Fact discovery shall close on 8/14/17; this is the deadline requested by the parties; any extensions will require a motion showing good cause to extend the deadline. Status hearing set for 2/9/17 at 9:00 a.m. Mailed notice (ca, ) (Entered: 11/03/2016) |
| 11/29/2016 | 23 | MOTION by Plaintiffs Tony Heard, Shelly Toure to transfer case *to the S.D. Ind.* (Attachments: # 1 Text of Proposed Order)(Radbil, Aaron) (Entered: 11/29/2016) |
| 11/29/2016 | 24 | NOTICE of Motion by Aaron David Radbil for presentment of motion to transfer case 23 before Honorable John Z. Lee on 12/6/2016 at 09:00 AM. (Radbil, Aaron) (Entered: 11/29/2016) |
| 12/02/2016 | 25 | ATTORNEY Appearance for Plaintiffs Tony Heard, Shelly Toure by Gregory Howard Moss (Moss, Gregory) (Entered: 12/02/2016) |
| 12/06/2016 | 26 | MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 12/6/16. For the reason stated on the record, the joint motion to transfer case to the Southern District of Indiana 23 is denied without prejudice. Mailed notice (ca, ) (Entered: 12/06/2016) |
| 01/04/2017 | 27 | MOTION by Plaintiffs Tony Heard, Shelly Toure to transfer case *(JOINT)* (Attachments: # 1 Text of Proposed Order)(Radbil, Aaron) (Entered: 01/04/2017) |
| 01/04/2017 | 28 | NOTICE of Motion by Aaron David Radbil for presentment of motion to transfer case 27 before Honorable John Z. Lee on 1/10/2017 at 09:00 AM. (Radbil, Aaron) (Entered: 01/04/2017) |
| 01/09/2017 | 29 | MINUTE entry before the Honorable John Z. Lee: Renewed motion to transfer case to the Southern District of Inidana 27 is granted. The clerk is directed to transfer this case forthwith. Civil case terminated. Mailed notice (ca, ) (Entered: 01/09/2017) |
| 01/09/2017 | 30 | TRANSFERRED to the Southern District of Indiana the electronic record. (mr, ) (Entered: 01/09/2017) |