**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

SHELLY TOURE and TONY HEARD, on
behalf of themselves and others similarly
situated,

        Plaintiff,

v.

Navient Solutions, Inc.,

        Defendant.

Case No. 1:17-cv-00071 LJM-TAB

**PLAINTIFFS' UNOPPOSED MOTION TO PRELIMINARILY APPROVE THE**
**PARTIES' CLASS ACTION SETTLEMENT**

Shelly Toure and Tony Heard ("Plaintiffs") respectfully move this Court to preliminarily

approve their settlement with Navient Solutions, Inc. ("Defendant"), on behalf of themselves and

the following class:

> Each person and entity throughout the United States (1) to whom Navient Solutions,
> Inc. placed one or more telephone calls (2) directed to a telephone number assigned
> to a cellular telephone service, (3) by using an automatic telephone dialing system,
> (4) after Navient Solutions, Inc. designated the telephone number to which it placed
> the call(s) as a wrong number, (5) between May 4, 2011 and the date of preliminary
> approval.

Plaintiffs make this request in conjunction with Randy Johnson, the named plaintiff and

class representative in the related case of *Johnson v. Navient Solutions, Inc.*, No. 1:15-cv-00716-

LJM-MJD ("*Johnson*").

Approximately fifteen months after Mr. Johnson filed his class action complaint in this

Court, Ms. Toure and Mr. Heard filed a materially identical class action complaint against

Defendant in the Northern District of Illinois. The difference between Mr. Johnson's complaint

and the complaint filed by Ms. Toure and Mr. Heard is simply the proposed class period. That is,

1

in the *Johnson* matter this Court certified a class of individuals who received autodialed calls from Defendant between May 4, 2011 and March 7, 2016, *see Johnson*, Doc. 122 at 1, whereas the proposed class period in this matter—which the Northern District of Illinois since transferred to this Court—begins on March 8, 2016, or the day after the class period in the *Johnson* matter ends. *See* Doc. 1, ¶ 43.

Against this backdrop, Plaintiffs, Mr. Johnson, and Defendant last mediated, and ultimately settled this matter and the *Johnson* matter together. And upon the transfer of this matter to this Court, this Court held a telephonic conference with the parties and instructed Plaintiffs to file preliminary approval papers, like those filed in the *Johnson* matter, in this case. *See* Doc. 159.

As outlined in Mr. Johnson's motion for preliminary approval and accompanying memorandum, which Plaintiffs incorporate here by reference, the settlement requires Defendant to create a non-reversionary cash settlement fund of $17.5 million. *See Johnson*, Docs. 155-156. Each participating member of the class will be entitled to his or her *pro rata* share of the settlement fund, less the costs of notice and claims administration, any attorneys' fees that this Court approves, any litigation costs and expenses that this Court approves, and any incentive awards that this Court approves. The parties previously submitted their settlement agreement and proposed notice documents to this Court, and incorporate them by reference here. *See Johnson*, Doc. 156-1.[1]

Plaintiffs' counsel—whose qualifications include substantial experience with Telephone Consumer Protection Act class actions—believe the settlement is fair, reasonable, and adequate,

---

[1]   Plaintiffs note that the parties have selected Rust Consulting—a third-party claims administration company with significant experience handling consumer protection class actions—to provide notice to the class and process claims. An overview of the notice program can be found in the Declaration of Kim Schmidt, attached as Exhibit A.

and in the best interests of class members. Plaintiffs' counsel also believe the benefits of the settlement—which the parties reached after protracted litigation in the *Johnson* matter and with the assistance of a seasoned mediator—far outweigh the delay and risk of proceeding to trial.

Plaintiffs, therefore, respectfully request that this Court enter the proposed order attached as Exhibit B[2] and, in so doing: (1) preliminarily certify the settlement class, (2) conditionally approve the settlement as fair, adequate, reasonable, and within the reasonable range of possible final approval, (3) confirm Mr. Johnson's appointment as a class representative, and appoint Ms. Toure and Mr. Heard as additional class representatives, (4) confirm Plaintiffs' counsel's appointment as class counsel, (5) approve the proposed notice program as the best practicable under the circumstances that satisfies due process and Rule 23, and appoint Rust Consulting as the class administrator; (6) set a date for a final approval hearing,[3] and (7) set deadlines for class members to submit claims for compensation, and to object to or exclude themselves from the settlement.[4]

Defendant does not oppose the requested relief.

---

[2]    Mr. Johnson will file an amended proposed order of preliminary approval—identical to the proposed order Plaintiffs submit here—in his case.

[3]    The parties recommend that this Court set the final approval hearing during the week of July 10, 2017.

[4]    Should this Court wish to hold a hearing on this motion to preliminarily approve the class action settlement, the parties' respectfully request that they be permitted to appear by telephone.

Date: January 25, 2017                              GREENWALD DAVIDSON RADBIL PLLC

                                                    /s/ Aaron D. Radbil
                                                    Aaron D. Radbil
                                                    106 East Sixth Street, Suite 913
                                                    Austin, Texas 78701
                                                    Phone: (512) 322-3912
                                                    Fax: (561) 961-5684
                                                    aradbil@gdrlawfirm.com

                                                    Michael L. Greenwald
                                                    James L. Davidson
                                                    5550 Glades Rd., Suite 500
                                                    Boca Raton, Florida 33431
                                                    Phone: (561) 826-5477
                                                    Fax: (561) 961-5684
                                                    mgreenwald@gdrlawfirm.com
                                                    jdavidson@gdrlawfirm.com

                                                    Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed on January 25, 2017, via the

Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

                                                    /s/ Aaron D. Radbil
                                                    Aaron D. Radbil

4