# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY JOHNSON, on behalf of himself and others similarly situated, | Case No.: 1:15-cv-0716-LJM-MJD |
| Plaintiff, | |
| v. | |
| NAVIENT SOLUTIONS, INC, formerly known as SALLIE MAE, INC., now known as NAVIENT SOLUTIONS, LLC, | |
| Defendant. | |
| ------------------------------------------------------- | |
| SHELLY TOURE and TONY HEARD, on behalf of themselves and others similarly situated, | Case No. 1:17-cv-00071 LJM-TAB |
| Plaintiffs, | |
| v. | |
| NAVIENT SOLUTIONS, INC, formerly known as SALLIE MAE, INC., now known as NAVIENT SOLUTIONS, LLC, | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs respectfully move this Court, on behalf of themselves and the class members, to finally approve the parties' settlement.

Upon receiving notice of the settlement—which requires Defendant to create a non-reversionary, all-cash settlement fund of approximately $19.74 million—24,834 class members submitted valid claims for their *pro rata* share of the settlement fund, 13 class members excluded themselves from the settlement, and not a single class member objected to it. As a result, each participating class member stands to receive more than $515.

Given this excellent result, and considering the class members' overwhelming support for the settlement, Plaintiffs now ask this Court to finally approve the settlement as fair, reasonable, and adequate, and enter a final judgment and order, which, among all else: (1) confirms this Court's preliminary certification of the class; (2) finds that notice of the settlement issued to the class members satisfied Rule 23 and due process, and that notice issued to state and federal officials satisfied 28 U.S.C. § 1715; (3) grants timely received exclusion requests; (4) notes the lack of any objection to the settlement; (5) approves an award of litigation costs and expenses in the amount of $51,293.04; (6) approves an award of attorneys' fees in the amount of one-third of the settlement fund, after deducting notice and administration costs as well as litigation costs and expenses; (6) and grants Mr. Johnson's request for a $25,000 incentive award, and Ms. Toure and Mr. Heard's respective requests for $5,000 incentive awards.

Neither Defendant, nor any class member, oppose Plaintiffs' request.

Date: June 26, 2017                    GREENWALD DAVIDSON RADBIL PLLC

                                       /s/ Aaron D. Radbil
                                       Aaron D. Radbil
                                       106 East Sixth Street, Suite 913
                                       Austin, Texas 78701
                                       Phone: (512) 322-3912

1

Fax: (561) 961-5684
aradbil@gdrlawfirm.com

Michael L. Greenwald
James L. Davidson
Jesse S. Johnson (*pro hac vice*)
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Phone: (561) 826-5477
Fax: (561) 961-5684
mgreenwald@gdrlawfirm.com
jdavidson@gdrlawfirm.com
jjohnson@gdrlawfirm.com

Class Counsel

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on June 26, 2017, via the

Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Aaron D. Radbil
Aaron D. Radbil

2